UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| TASHA BANKS, c/o LETAJONIQUE LARRY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case Nos. 2:16-CV-86 JD |
| | ) | 2:16-CV-87 JD |
| CITY OF GARY POLICE; MR. COOK; CHERLY S. RAMSEY, | ) ) ) | 2:16-CV-88 JD |
| Defendants. | ) | |

**OPINION AND ORDER**

Tasha Banks filed three separate complaints in this Court on March 10, 2016, along with petitions for leave to proceed *in forma pauperis* in each case. In an order dated April 28, 2016, the Court found that, for multiple reasons, Ms. Banks' complaints failed to state a claim for which relief could be granted. Accordingly, the Court dismissed the complaints, granted Ms. Banks through May 27, 2016 to file any amended complaints, and cautioned her that if she did not respond by that deadline, the cases would be dismissed without further notice.

The May 27, 2016 deadline has come and gone without any response or other activity from Ms. Banks. Accordingly, the Court DISMISSES each of these three actions for failure to prosecute. Because of the early stage of these cases, the dismissals are WITHOUT PREJUDICE. The Clerk is DIRECTED to enter judgment.

SO ORDERED.

ENTERED: June 2, 2016

/s/ JON E. DEGUILIO
Judge
United States District Court